IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KEITH ALAN ROSE,<br><br>　　　　　Defendant. | CR 17-76-BLG-SPW-TJC<br><br>**FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |

　　　　The Defendant, by consent, appeared before me under Fed. R. Crim. P. 11 and entered a plea of guilty to Counts I and II of the Indictment (Doc. 1), which charge the crimes of conspiracy to distribute and possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846 (Count I), and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 (Count II).  Defendant did not enter a plea to Count III of the Indictment, which charges the crime of possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

　　　　After examining the Defendant under oath, the Court determined:

1

1. That the Defendant is fully competent and capable of entering an informed and voluntary plea to the criminal offenses charged against him in Counts I and II;

2. That the Defendant is aware of the nature of the charges against him in Counts I and II and the consequences of pleading guilty to those charges;

3. That the Defendant fully understands his pertinent constitutional rights and the extent to which he is waiving those rights by pleading guilty to the criminal offenses charged against him in Counts I and II; and

4. That his plea of guilty to the criminal offenses charged against him in Counts I and II is knowingly and voluntarily entered, and is supported by independent factual grounds sufficient to prove each of the essential elements of those offenses.

Defendant entered the guilty plea without a written plea agreement, and counsel represented that no more favorable plea agreement offers were made.

Therefore, I recommend that the Defendant be adjudged guilty of the charge in Counts I and II of the Indictment and that sentence be imposed.

//

//

Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days after the filing of the Findings and Recommendation. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

DATED this 24th day of May, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge