

FILED

OCT 24 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-76-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| KEITH ALAN ROSE, | |
| Defendant. | |

Upon Defendant's Unopposed Motion to Vacate Change of Plea Hearing and Set for Bench Trial (Doc. 76), and for good cause being shown,

**IT IS HEREBY ORDERED** that the Defendant's Unopposed Motion to Vacate Change of Plea Hearing and Set for Bench Trial (Doc. 76) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Change of Plea Hearing set for Wednesday, October 24, 2018 at 2:30 p.m. is **VACATED.**

**IT IS FURTHER ORDERED** that Defendant's Motion to Change Plea (Doc. 30) is **DENIED** as moot.

1

The Court will set a Bench Trial in this matter under separate Order.

DATED this 23rd day of October, 2018.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE