IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEITH ALAN ROSE,<br><br>Defendant. | CR 17-76-BLG-SPW<br><br>COURT'S VERDICT AFTER<br>BENCH TRIAL |

The Court held a bench trial on Count III of the indictment, which charged that on or about November 2016, Defendant Keith Alan Rose possessed a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i). The Court finds Defendant Keith Alan Rose NOT GUILTY on Count III.

DATED this 18th day of January, 2019.

SUSAN P. WATTERS
United States District Judge