IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



JAN 1 8 2019

Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 17-76-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **ORDER SETTING SENTENCING** |
| KEITH ALAN ROSE, | |
| Defendant. | |

Defendant entered his plea of guilty to Counts I and II of the Indictment before U.S. Magistrate Judge Timothy J. Cavan in open court on May 24, 2018. United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on May 24, 2018 (Doc. 42). No objections having been filed,

**IT IS HEREBY ORDERED** that Judge Cavan's Findings and Recommendation (Doc. 42) are **ADOPTED IN FULL** as to Counts I and II; further

A Bench Trial as to Count III of the Indictment was held before this Court on January 18, 2019 wherein the Defendant was found **NOT GUILTY of Count III**; therefore,

1

**IT IS HEREBY ORDERED** that,

1. Sentencing is set on Counts I and II of the Indictment for **Thursday, May 16, 2019** at **1:30 p.m.**, in the James F. Battin Courthouse, 2601 Second Avenue North, Billings, Montana.

2. The United States Probation Office shall conduct a presentence investigation and prepare a presentence report. Fed. R. Crim. P. 32(c), (d); 18 U.S.C. § 3552(a).

3. The probation officer shall disclose the completed report, except for recommendations of the probation officer as follows: **two copies** to counsel for Defendant, and **one copy** to counsel for the government on or before **April 1, 2019.** The probation officer shall not disclose any recommendation made or to be made to the Court.

4. If restitution is mandatory, the probation officer shall discuss a payment plan with Defendant and shall make recommendations to the Court concerning interest and a payment schedule.

5. Counsel shall attempt in good faith to resolve disputes over any material in the presentence report. Unresolved objections to be relied upon at sentencing shall be presented to the probation officer on or before **April 10, 2019.** U.S.S.G. § 6A1.2. **Any unresolved objections are expected to be included in the pre-sentence report, not in a sentencing memorandum.**

6. The presentence report, in final form, including any unresolved objections, shall be delivered to the Court and the parties on or before **April 24, 2019.**

7. Sentencing memoranda and supporting documents addressing all relevant sentencing issues shall be filed on or before **May 1, 2019.** Absent good cause shown, sentencing memoranda and supporting documents filed after May 1, 2019 will not be considered in addressing sentencing issues. Failure to timely file sentencing memoranda may result in imposition of sanctions against counsel.

8. Responses to sentencing memoranda shall be filed on or before **May 8, 2019.**

9. Reply briefs will not be accepted for filing in sentencing matters.

10. The Court will resolve objections included in the Addendum to the presentence report at the sentencing hearing in accordance with U.S.S.G. § 6A1.3.

11. All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

12. Defendant is to remain in the custody of U.S. Marshals pending sentencing.

The clerk shall promptly notify counsel and the probation office of the entry of this Order.

DATED this 18th day of January, 2019.

SUSAN P. WATTERS
United States District Judge